PD1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/20/2015 5:38:47 PM
Accepted 5/26/2015 8:28:33 AM
ABEL ACOSTA
CLERK

LAW OFFICES

GOLDSTEIN, GOLDSTEIN AND HILLEY

310 S. ST. MARY'S STREET, SUITE 2900

SAN ANTONIO, TEXAS 78205-3117

ELI GOLDSTEIN
(1910-1998)
GERALD H. GOLDSTEIN
LICENSED IN TEXAS AND COLORADO
VAN G. HILLEY
CYNTHIA HUJAR ORR
DONALD H. FLANARY, III

AREA CODE 210
TELEPHONE 226-1463

AREA CODE 210
FACSIMILE 226-8367

FILED IN
COURT OF CRIMINAL APPEALS

May 20, 2015

May 26, 2015

ABEL ACOSTA, CLERK

Court of Criminal Appeals
Attn: Abel Acosta, Clerk of the Court
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

**RE:** *Jon Thomas Ford vs. State of Texas*, Cause No. PD-1396-14 in the Court of Criminal Appeals, Austin, Texas.

Dear Mr. Acosta,

Undersigned counsel for Jon Thomas Ford, Appellant, respectfully notifies the judges of this Honorable Court of the following record citations and authorities argued today in regard to the above entitled and numbered cause.

In *In Re Application of the U.S.A. for Historical Cell-Site Data*, 724 F.3d 600, 621 (5th Cir. 2013), it explains that the narrow holding is that the application for information, when a person dials a phone number, is not patently unconstitutional.

The State alleges that it may claim a good faith exception while admitting the application is invalid. The application is invalid and is not saved by the good faith exception. 4 RR 23.

> "[Ms. MELTON]... Well, let's just give the defense the benefit of the doubt that there's something wrong with that order. Fine. Give it to them. But the State then gets the benefit of the good faith exception under 38.23." 4 RR 23 (emphasis added).

Thank you for your attention to this matter. Please do not hesitate to contact my office if you have any questions.

Sincerely,

*/s/ Cynthia E. Orr*

Cynthia E. Orr
Goldstein, Goldstein & Hilley

cc: ADA Jay Brandon